**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


CAROLE KAVEY
                    Plaintiff

                                                    CIVIL ACTION

            V.
                                                    NO.   10-12161-GAO

ZWICKER & ASSOCIATES, P.C.
                    Defendant


## ORDER OF DISMISSAL WITH PREJUDICE


O'TOOLE                          D. J.


 It is hereby ORDERED that the above-entitled action be and hereby is dismissed with

prejudice.  It is further ordered that the parties shall bear their own costs.


                                        By the Court,


 11/8/11                                  /s/ Paul Lyness
        Date                            Deputy Clerk


(Dismissal Memo.wpd  - 12/98)